

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2018

No. 04-18-00442-CV

**IN THE INTEREST OF J.D., J.H. JR., AND G.A.V. JR.**, Children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01311
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's brief was due August 15, 2018. On August 16, appellant filed a motion for extension of time requesting an additional twenty days to file a brief. We **grant** the motion and **order** appellant's brief filed by **September 4, 2018**.

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court